IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  MAGISTRATE NO. 1:21-mj-00560-RPM

DALONZO LABBARON FULLER

ORDER

Considering the foregoing Motion of the United States, the Court finds:

1) The defendant having been arrested, there is no longer need to maintain the complaint, arrest warrant and affidavit in support of the criminal complaint under seal.

IT IS HEREBY ORDERED the Criminal Complaint, arrest warrant and the affidavit in support of the Criminal Complaint, be unsealed.

SO ORDERED this 7th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 07 2021
ARTHUR JOHNSTON, CLERK